# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BROOKIE M. CARTER | : | BK. No. 15-22150 TPA |
| Debtor | : | |
| | : | Chapter No. 13 |
| KONDAUR CAPITAL CORP, AS SEPARATE | : | |
| TRUSTEE OF MATAWIN VENTURES TRUST | : | Document No. 29 |
| SERIES 2014-4 | : | |
| Movant | : | Hearing Date: 09/28/2015 |
| v. | : | |
| BROOKIE M. CARTER | : | Hearing Time: 9:00 AM |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| Respondents | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, upon consideration of the Debtor

Chapter 13 Plan, and the objection of KONDAUR CAPITAL CORP, AS SEPARATE TRUSTEE OF

MATAWIN VENTURES TRUST SERIES 2014-4, and after hearing, it is hereby

**ORDERED** that confirmation of the Debtor Chapter 13 Plan is denied.

**BY THE COURT:**

_____
**THOMAS P. AGRESTI**
**U.S. Bankruptcy Judge**

Service by Electronic Notification
LAWRENCE WILLIS, ESQUIRE
201 Penn Center Blvd, Suite 400
Pittsburgh, PA 15235
help@urfreshstrt.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Service by First Class Mail
RONDA    J.    WINNECOUR, ESQUIRE
(TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

BROOKIE M. CARTER
112 KEEFER DRIVE
PITTSBURGH, PA 15235-3934